JS-6

Ryan Lee, Esq. (SBN 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
EMAN ELAMIN

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISIONAL OFFICE**

| | | |
|---|---|---|
| EMAN ELAMIN, | ) | Case No.: 2:10-cv-03654-VBF -MAN |
| | ) | |
| Plaintiff, | ) | **[PROPOSED] ORDER** |
| vs. | ) | **STIPULATION OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| WINN LAW GROUP | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  10-5-10

*Valerie Baker Fairbank*
Honorable Valerie Baker Fairbank
United States District Court Judge

---

1

[Proposed] Order